UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RANDLE L. JENNINGS                                                                                          PLAINTIFF

V.                                                                      CIVIL ACTION NO. 3:22-CV-688-DPJ-MTP

COMMISSIONER OF SOCIAL                                                                             DEFENDANT
SECURITY KILOLO KUJAKAZI

ORDER

Pro se Plaintiff Randle L. Jennings filed this appeal challenging the Social Security Commissioner's denial of his application for disability insurance benefits under Title II of the Social Security Act.  On January 11, 2024, United States Magistrate Judge Michael T. Parker entered a Report and Recommendation [19] recommending that the Court affirm the Commissioner's decision and dismiss the case with prejudice.  Jennings did not file an objection to the R&R, and the time to do so has now passed.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes to 1983 addition, *quoted in Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded on other grounds by* 28 U.S.C. § 636(b)(1) *as noted in Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017).  Having reviewed the record and found no clear error, the Court accepts the well-reasoned recommendations of Judge Parker.

The Report and Recommendation [19] is adopted as the Court's opinion.  The decision of the Commissioner is affirmed, and this case is dismissed with prejudice.  A separate judgment will be entered as required by Federal Rule of Civil Procedure 58.

2

**SO ORDERED AND ADJUDGED** this the 29th day of January, 2024.

                                          s/ *Daniel P. Jordan III*
                                          CHIEF UNITED STATES DISTRICT JUDGE